David E. Bower, SBN 119546
**MONTEVERDE & ASSOCIATES PC**
600 Corporate Pointe, Suite 1170
Culver City, CA 90230
Tel: (213) 446-6652
Fax: (212) 601-2610
**dbower@monteverdelaw.com**
*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN VANA, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>     v.<br><br>SPARK NETWORKS, INC., BRAD GOLDBERG, MICHAEL J. MCCONNELL, MICHAEL BRODSKY, IAN V. JACOBS, JOHN H. LEWIS, DANNY ROSENTHAL, and WALTER L. TUREK,<br>                              Defendants. | Civil Action No.  2:17-cv-07603-AB-JEM<br><br>**NOTICE OF DISMISSAL** |

Notice is hereby given that pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses this Action without prejudice. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

DATED: November 4, 2017

**OF COUNSEL**

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
The Empire State Building
350 Fifth Avenue, 59th Floor
New York, NY 10118

*/s/ David E. Bower*
David E. Bower SBN 119546
**MONTEVERDE & ASSOCIATES PC**
600 Corporate Pointe, Suite 1170
Culver City, CA 90230
Tel: (310) 446-6652
Fax: (212) 601-2610
Email:  dbower@monteverdelaw.com
*Counsel for Plaintiff*

**NOTICE OF DISMISSAL**